IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION




RECEIVED
JUL 10 2008
7-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GABRIEL DRAGOS TOADER<br>Plaintiff<br><br>Vs<br><br>JOHN A MEYER,<br>defendant | Case **08CV3926**<br>**JUDGE ST.EVE**<br>Hon **MAG.JUDGE DENLOW** |

COMPLAINT UNDER DIVERSITY OF CITIZENSHIP
FOR PERSONAL INJURY_CONVERSION, THEFT,
MALPRACTICE AND FRAUD

1. Jurisdiction:

   a) The jurisdiction of this Honorable Court is invoked pursuant to title 18 U.S.C. § 1332

   b) The matter is controversy excess the jurisdictional amount of $200,000.00

   c) The matter is wholy between citizens of different states to wit- Romania, and United States of America.

2. Venue:

   d) Venue is governated by Title 28 U.S.C. § 1391 et seq

   e) The Defendant, a citizen of The State of Illinois, is a resident of Illinois place of business is in Chicago, Illinois

   f) Defendant name is John A. Mayer, and he can be served at 20 South Clark Street, Suite 2210, Chicago, Illinois, 60603.

3. Parties:

g) The Plaintiff,is Gabriel Dragos Toader,and he is a citizen of Romania,Bucharest the Capital City.

i) John A. Mayer is an Attorney At Law,licensed in the State Of Illinois,and he can be served at 20 South Clark Street,Suite 2210,Chicago,Illinois,60603.

j) Defendant is sued by Plaintiff for acts and omissions that occured in the jurisdiction of this Honorable Court.

4. Statement of Case and facts:

k) On or about March 02,2008 Plaintiff retained Defendant thru another,from Oklahoma City named Christopher J. Daniels,to represent him in a pending litigation.

10 The Defendant who's office is 4 blocks away from where Plaintiff is housed,visited Plaintiff twice,totally of 90 minutes meeting.

m) The Defendant came to a preliminary hearing,which he spend 10 minutes waitting time,and another 3 minutes at Bar waiving said haering,WITHOUT PLAINTIFF PRIOR CONSENT AND CONSULTATION.He filed no motions,had No expenses.

n) The Defendant also gave Plaintiff a copy of the Government discovery,which Defendant simply PASSED ONLY to Plaintiff.

o) On or about March 25,2008 Defendant and Plaintiff signed an agreement named "Terms Of Retention as Attorney".

p) On or about March 26,2008,in less then 48 hours,Plaintiff send a letter to Defendant and fired Defendant,due to fraudulent statements made by defendant,Attempted fraud,misrepresentation and what Plaintiff belives was possible conversion/malpractice.

r) Additionally Plaintiff had been informed that defendant violated Attorney Client/Privillege.

s) On March 26,2008 Plaintiff wrote to Defendant a letter requesting a refund of his $10,000.00,less his 3-4 hours work.The Defendant refund to Plaintiff only a total of $1165.00,keeping some $8835 for himself.

t) Defendant refused to provide Plaintiff an itimized bill,and refuzed to return/answer other Plaintiff's Phone Calls or letters.

u) Plaintiff has suffered consequential damages from loss of use of said funds due-causing Plaintiff irreparable injury,denied Plaintiff right to HONEST SERVICES,family suffering,loss of wife,mental distress,caused problems in Plaintiff litigation wich Defendant was hired to represent him to,and a loss of faith in the Bar.

    v) Plaintiff seeks both Compensatory Damages & Punitive Damages against Defendant as follows:

5.Relief:

    x) Grant Compensatory Damages,and award Plaintiff with sum of $8500.00

    z) Grant Punitive Damages,and award Plaintiff the sum of $200,000.00

    q) Award Attorney Fees,Loss Of Court and other relief that this Honorable Court deems Just & Proper and serving the Interest Of Justice.

    w) Allow Plaintiff to proceed in Forma Pauperis

    xx) Appoint Counsel to represent Plaintiff

    I Declare to the best of my knowledge and beliff that the foregoing Facts are TRUE and CORRECT.Executed today JULY 04,2008

Date: JULY 04,2008

Respectfully Submitted,

Toader Dragos Gabriel
Reg # 13965-196
M.C.C.Chicago
71 W.Van Buren Street
Chicago,Ill,60605