**PRISONER CASE**

HHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** GABRIEL DRAGOS TOADER

**Defendant(s):** JOHN A. MEYER

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Gabriel Dargos Toader
#13965-196
Metropolitan - MCC
71 West Van Buren Street
Chicago, IL 60605

**Defendant's Attorney:**

FILED
7-10-2008
JUL 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

08CV3926
JUDGE ST.EVE
MAG.JUDGE DENLOW

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *A. E. Woodham*  **Date:** 07/10/2008