MHW

FILED
7-28-2008
JUL 2 8 2008
MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

GABRIEL DRAGOS TOADER
Plaintiff

v.

JOHN A. MEYER
Defendant(s)

CASE NUMBER 08 C 3926
JUDGE AMY J. ST. EVE.

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, GABRIEL DRAGOS TOADER, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # 13965-196  Name of prison or jail: M.C.C. CHICAGO
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: N/A

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: N/A
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: DECEMBER 2004
      Monthly salary or wages: $1001 MONTH
      Name and address of last employer: THE POLO CLUB OF BOCA RATON, BOCA RATON, FLORIDA

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages ☐Yes ☒No
      Amount N/A  Received by N/A

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount _N/A_ Received by _N/A_

c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount _N/A_ Received by _N/A_

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐ Yes    ☒ No
Amount _N/A_ Received by _N/A_

e. ☒ Gifts or ☐ inheritances    ☒ Yes    ☐ No
Amount _$3,246.50_ Received by _GABRIEL DRAGOS TOADER_

f. ☐ Any other sources (state source: _—_ )    ☐ Yes    ☒ No
Amount _N/A_ Received by _N/A_

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No    Total amount: _N/A_
In whose name held: _—_ Relationship to you: _—_

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
Property: _N/A_ Current Value: _N/A_
In whose name held: _N/A_ Relationship to you: _N/A_

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
Address of property: _N/A_
Type of property: _N/A_ Current value: _N/A_
In whose name held: _N/A_ Relationship to you: _N/A_
Amount of monthly mortgage or loan payments: _N/A_
Name of person making payments: _N/A_

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐ Yes    ☒ No
Property: _N/A_
Current value: _N/A_
In whose name held: _N/A_ Relationship to you: _N/A_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __JULY 2008__                                _____
                                                    Signature of Applicant

                        __GABRIEL DRAGOS TOADER__
                                (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Gabriel Toader-Dragos, I.D.# 13965-196, has the sum of $ 371.31 on account to his/her credit at (name of institution) Metropolitan Correctional Center

I further certify that the applicant has the following securities to his/her credit: n/a. I further certify that during the past six months the applicant's average monthly deposit was $ 541.14.

(Add all deposits from all sources and then divide by number of months).

July 23, 2008                          _____
DATE                                    SIGNATURE OF AUTHORIZED OFFICER

                                        J. Diamond, Cashier/Accounting Technician
                                                  (Print name)

                        Metropolitan Correctional Center
                        71 W Van Buren Street
                        Chicago, IL 60605
                        312-322-0567

rev. 10/10/2007

Date: 07/22/2008
Time: 1:37:55 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: CCC

Criteria: View All Transactions

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/2008 08:11:20 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($60.00) | TFN0718 | | | $240.32 |
| 07/17/2008 01:50:40 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($28.00) | TFN0717 | | | $300.32 |
| 07/17/2008 08:25:32 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC5861 | Court Fees | ($10.50) | | | 544 | $328.32 |
| 07/17/2008 08:02:37 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC9888 | Sales | ($83.00) | 59 | | | $338.82 |
| 07/13/2008 02:48:46 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($99.00) | TFN0713 | | | $421.82 |
| 07/10/2008 08:21:44 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($88.00) | TFN0710 | | | $520.82 |
| 07/10/2008 10:17:50 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC9888 | Sales | ($92.15) | 113 | | | $608.82 |
| 07/03/2008 05:08:02 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($65.00) | TFN0703 | | | $700.97 |
| 07/03/2008 08:22:05 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC1068 | Sales | ($134.40) | 24 | | | $765.97 |
| 06/23/2008 05:29:06 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($81.00) | TFN0623 | | | $900.37 |
| 06/20/2008 08:25:06 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($90.00) | TFN0620 | | | $981.37 |

WorkstationID: CCCHQWTC11        UserID: CCC5861        Page 1 of 6

Facility: CCC
Date: 07/22/2008
Time: 1:37:55 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/19/2008 02:37:02 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($15.00) | TFN0619 | | | $1,071.37 |
| 06/19/2008 11:44:42 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($15.00) | TFN0619 | | | $1,086.37 |
| 06/19/2008 10:03:27 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC8953 | Sales | $3.05 | 64 | | | $1,101.37 |
| 06/19/2008 08:18:00 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC8953 | Sales | ($95.80) | 25 | | | $1,098.32 |
| 06/15/2008 12:03:04 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($6.00) | TFN0615 | | | $1,194.12 |
| 06/14/2008 02:05:41 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($40.00) | TFN0614 | | | $1,200.12 |
| 06/14/2008 01:07:06 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($6.00) | TFN0614 | | | $1,240.12 |
| 06/13/2008 11:23:31 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($29.00) | TFN0613 | | | $1,246.12 |
| 06/12/2008 07:49:17 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC7854 | Sales | ($20.70) | 13 | | | $1,275.12 |
| 06/08/2008 05:11:25 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($15.00) | TFN0608 | | | $1,295.82 |
| 06/06/2008 01:06:07 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC1433 | Local Collections | $1,000.00 | 476488 | 476488 | | $1,310.82 |
| 06/05/2008 08:13:29 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC8953 | Sales | ($61.20) | 21 | | | $310.82 |

Date: 07/22/2008
Time: 1:37:55 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: CCC

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/02/2008 12:20:25 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($34.00) | TFN0602 | | | $372.02 |
| 05/29/2008 07:23:29 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC7854 | Sales | ($94.85) | 9 | | | $406.02 |
| 05/22/2008 03:09:53 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($58.00) | TFN0522 | | | $500.87 |
| 05/22/2008 07:36:02 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC7854 | Sales | ($163.80) | 2 | | | $558.87 |
| 05/15/2008 08:52:20 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($75.00) | TFN0515 | | | $722.67 |
| 05/15/2008 08:13:10 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC8953 | Sales | ($13.10) | 78 | | | $797.67 |
| 05/08/2008 09:38:52 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC7854 | Sales | ($49.90) | 37 | | | $810.77 |
| 05/01/2008 07:22:50 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC7854 | Sales | ($110.95) | 1 | | | $860.67 |
| 04/30/2008 06:04:41 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | AMSERVI | Western Union | $216.75 | 33315308 | | | $971.62 |
| 04/29/2008 12:07:23 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | AMSERVI | Western Union | $300.00 | 33315208 | | | $754.87 |
| 04/27/2008 03:31:30 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($96.00) | TFN0427 | | | $454.87 |
| 04/25/2008 04:05:26 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | AMSERVI | Western Union | $300.00 | 33315008 | | | $550.87 |

Date: 07/22/2008
Time: 1:37:55 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: CCC

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/25/2008 02:20:52 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($58.00) | TFN0425 | | | $250.87 |
| 04/25/2008 08:00:00 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | AMSERVI | Western Union | $300.00 | 33314908 | | | $308.87 |
| 04/24/2008 07:35:10 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN0424 | | | $8.87 |
| 04/24/2008 03:03:21 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($12.00) | TFN0424 | | | $10.87 |
| 04/24/2008 08:58:50 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC8953 | Sales | ($55.10) | 63 | | | $22.87 |
| 04/20/2008 01:33:11 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($13.00) | TFN0420 | | | $77.97 |
| 04/17/2008 07:09:00 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC7854 | Sales | ($109.70) | 1 | | | $90.97 |
| 04/11/2008 09:59:46 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($100.00) | TFN0411 | | | $200.67 |
| 04/08/2008 10:41:12 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($4.00) | TFN0408 | | | $300.67 |
| 04/07/2008 07:00:19 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC9888 | Sales | ($38.40) | 25 | | | $304.67 |
| 03/31/2008 07:33:39 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC9888 | Sales | ($27.35) | 33 | | | $343.07 |
| 03/19/2008 04:06:30 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | AMSERVI | Western Union | $170.00 | 33312308 | | | $370.42 |

Date: 07/22/2008
Time: 1:37:55 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: CCC

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2008 01:38:52 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($93.00) | TFN0319 | | | $200.42 |
| 03/19/2008 08:35:50 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | CCC8484 | Sales | ($166.65) | 5 | | | $293.42 |
| 03/17/2008 10:04:15 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | AMSERVI | Western Union | $170.00 | 33312108 | | | $460.07 |
| 03/14/2008 08:41:42 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($60.00) | TFN0314 | | | $290.07 |
| 03/13/2008 07:59:03 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($95.00) | TFN0313 | | | $350.07 |
| 03/13/2008 07:04:56 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | AMSERVI | Western Union | $270.00 | 33311908 | | | $445.07 |
| 03/13/2008 11:17:54 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($75.00) | TFN0313 | | | $175.07 |
| 03/13/2008 05:10:49 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | AMSERVI | Lockbox - CD | $250.07 | 70103901 | | | $250.07 |
| 03/10/2008 03:30:13 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($25.00) | TFN0310 | | | $0.00 |
| 03/09/2008 02:59:24 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($60.00) | TFN0309 | | | $25.00 |
| 03/09/2008 02:14:03 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($15.00) | TFN0309 | | | $85.00 |
| 03/08/2008 12:34:35 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($20.00) | TFN0308 | | | $100.00 |

Date: 07/22/2008  
Time: 1:37:55 pm  

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Sensitive But Unclassified  

Facility: CCC

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/08/2008 10:59:53 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($30.00) | TFN0308 | | | $120.00 |
| 03/07/2008 02:44:56 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($30.00) | TFN0307 | | | $150.00 |
| 03/07/2008 12:48:17 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | TP_PHON | Phone Withdrawal | ($90.00) | TFN0307 | | | $180.00 |
| 03/07/2008 12:04:31 PM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | AMSERVI | Western Union | $270.00 | 33341508 | | | $270.00 |
| 02/23/2008 03:21:34 AM | 13965196 | TOADER-DRAGOS, GABRIEL | CCC | SENTRY | Transfer - In from TRUFACS | $0.00 | TX022308 | | | $0.00 |

Total Number Transactions: 64

## Commissary History

### Purchases

Validation Period Purchases: $319.30
YTD Purchases: $1,231.00
Last Sales Date: 7/10/2008 10:17:50 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $251.65
Remaining Spending Limit: $38.35

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

Page 1 of 2



**General Information**

|  |  |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3714 |
| PAC #: | 337189138 |
| FRP Participation Status: | Unassigned |
| Arrived From: | OKL |
| Transferred To: |  |
| Account Creation Date: | 1/18/2008 |
| Local Account Activation Date: | 2/23/2008 3:21:34 AM |
| Sort Codes: |  |
| Last Account Update: | 7/13/2008 2:48:46 PM |
| Account Status: | Active |
| Phone Balance: | $168.90 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

**Account Balances**

|  |  |
|---|---|
| Account Balance: | $421.82 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $421.82 |
| National 6 Months Deposits: | $3,246.82 |
| National 6 Months Withdrawals: | $2,825.00 |
| National 6 Months Avg Daily Balance: | $426.71 |
| Local Max. Balance - Prev. 30 Days: | $1,200.12 |
| Average Balance - Prev. 30 Days: | $824.64 |

http://10.33.80.107/UMR/InmateInquiryCombined.aspx                    7/15/2008