## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | AMY J. ST. EVE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3926 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Gabriel Dragos Toader (#13965-196) vs. John A. Meyer | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to proceed *in forma pauperis* [#6] is denied. Plaintiff must pay the full statutory filing fee of $350.00. Failure to pay the statutory filing fee within thirty days of the date of this order will result in summary dismissal of this case. Plaintiff is once again reminded that he must provide the Court with the original plus a judge's copy of every document filed.

■ [**For further details see text below.**]   **Docketing to mail notices.**

### STATEMENT

Plaintiff's motion for leave to proceed *in forma pauperis* must be denied for lack of a sufficient showing of indigence. Plaintiff's financial affidavit reveals that he has a current balance of $371.31 in his prison trust account, and an average monthly deposit of $541.14. Because Plaintiff is a prisoner for whom the State provides the necessities of life, such assets do not qualify him for pauper status. *See Lumbert v. Illinois Department of Corrections*, 827 F.2d 257, 260 (7th Cir. 1987); *Zaun v. Dobbin*, 628 F.2d 990, 993 (7th Cir. 1980). A prisoner, like any other person contemplating a civil suit, must consider the cost of the litigation versus the probability of success.

In sum, the Court finds that Plaintiff is financially able to pay the $350 filing fee. Consequently, Plaintiff must prepay the statutory filing fee if he wishes to proceed with this action. Plaintiff may pay by check or money order made payable to Clerk, United States District Court. If Plaintiff fails to pay the statutory filing fee within thirty days, the case will be summarily dismissed. *See Brekke v. Morrow*, 840 F.2d 4, 5 (7th Cir. 1988).

mjm